**Nereida BARRON,
Petitioner/Respondent,**

v.

**George BARRON,
Respondent/Appellant.**

**No. 58032.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 9, 1991.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
May 15, 1991.

Frances E. Grecco, St. Louis, for respondent-appellant.

Nereida Barron, St. Louis, pro se.

## ORDER

PER CURIAM.

Husband appeals from an order denying his motion to set aside a default judgment in a dissolution decree. We affirm. The judgment of the trial court is supported by substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).